IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| Jimmy G. Gilchrist (SCDC No. 242834), | ) | C/A No. 5:11-1746-MBS-KDW |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| Eliane Pinson; John Doe #1;Mrs. Greer; Gregory | ) | |
| Nolan; John Doe #2; John Doe #3; Tessie Smith; | ) | |
| Mr. Kammerer; Ms. Coleman; all in their official | ) | |
| and individual capacities, | ) | |
| | ) | |
| Defendants. | ) | |

Plaintiff, a state prisoner proceeding pro se, seeks relief pursuant to 42 U.S.C. § 1983.

This matter is before the court on Plaintiff's motion to compel, to which Defendants filed a

response. ECF Nos. 45, 46. Pursuant to the provisions of Title 28, United States Code, Section

636(b)(1)(B), and Local Rule 73.02(B)(2)(d), D.S.C., this magistrate judge is authorized to

review all pretrial matters in cases filed under 42 U.S.C. § 1983.

On January 12, 2012, Plaintiff filed a motion to compel production of documents he

requested from Defendants on October 27, 2011. ECF No. 45. On January 17, 2012,

Defendants responded to Plaintiff's motion, explaining as follows:

> Due to the Plaintiff's pending max-out from prison (on December 1, 2011) and
> the looming Thanksgiving holidays, the Defendants held Plaintiff's discovery
> responses until they received Plaintiff's forwarding address. On December 7,
> 2011, the Plaintiff filed his Change of Address with the Court. Shortly
> thereafter, on January 11, 2012, the Defendants respond[ed] to Plaintiff's
> discovery, attaching 430 documents in response to the same.

ECF No. 46 at 1-2.

Defendants provided the court with a copy of their written responses to the discovery

at issue. ECF No. 46-1. Plaintiff has not responded to Defendants' assertion that they

complied with his discovery requests. As it appears Defendants now have fully responded to Plaintiff's discovery requests, Plaintiff's motion to compel, ECF No. 45, is denied.

IT IS SO ORDERED.

Kaymani D. West
United States Magistrate Judge

March 14, 2012
Florence, South Carolina

2